IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHRISTAL SNYDER | : | NO. 10-427-05 |

ORDER

AND NOW, this 29th day of May, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the pro se letter request of defendant Christal Snyder to terminate her supervised release (incorrectly denominated probation) (Doc. #454) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                                J.